**Gonzales GOMEZ–MORALES,**
**Petitioner—Appellant,**

v.

**Joyce FRANCIS, Warden,**
**Respondent—**
**Appellee.**

**No. 07–6726.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 30, 2007.

Decided: Sept. 10, 2007.

Gonzales Gomez–Morales, Appellant Pro
Se.

Before MICHAEL, KING, and
SHEDD, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Gonzales Gomez–Morales, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Gomez–Morales v. Francis*, No. 5:06–cv–00108–FPS (N.D.W.Va. Feb. 20, 2007). We deny Gomez–Morales' motion to appoint counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*